UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 05 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



In the Matter of: STEVEN D. MOLASKY,

Debtor,

_____

STEVEN D. MOLASKY,

Appellant,

v.

W. LESLIE SULLY, JR., CHTD.,
PROFIT SHARING PLAN,

Appellee.

No. 11-15059

D.C. No. 2:10-cv-00779-JCM-
PAL
District of Nevada,
Las Vegas

ORDER AMENDING
MEMORANDUM

Before: NOONAN and MURGUIA, Circuit Judges, and TIMLIN, Senior District Judge.[*]

Sully's motion to correct is **GRANTED**.

The memorandum disposition filed September 13, 2012 is amended as

follows: on page 3, line 1, replace "4004(b)" with "4007". On the same page, lines

_____

[*]     The Honorable Robert J. Timlin, Senior District Judge for the U.S. District Court for Central California, sitting by designation.

1-2, delete the sentence and citation "The deadline can be extended even after the deadline has already run. *See* FED. R. BANKR. P. 4004(b)(2)."

On page 4, last line, replace "4004(b)" with "4007".

The dissent remains unchanged.